Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MC08-00061-JLR-MAT |
| Petitioner, | |
| v. | [~~PROPOSED~~] ORDER EXTENDING DEADLINE |
| LESLIE CASE, | |
| Respondent. | |

The United States' Motion to Extend Service Deadline is GRANTED. The service deadline is hereby extended to the 10th day of July, 2008.

DATED this 28th day of May, 2008.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney

ORDER EXTENDING SERVICE DEADLINE - 1
[MC08-00061-JLR-MAT]

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970